James A. McDevitt
United States Attorney
Eastern District of Washington
Stephanie J. Lister
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-06-0044-WFN |
| Plaintiff, | ) ) ) | Notice of Review of Presentence Investigation Report |
| vs. | ) ) ) | |
| Scotty D. Brown, | ) ) | |
| Defendant. | ) ) | |

Plaintiff, United States of America, by and through James A. McDevitt, United States Attorney for the Eastern District of Washington, and Stephanie J. Lister, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the following Notice of Review of Presentence Investigation Report prepared by United States Probation Officer, Gloria M. Petretee, on September 20, 2007.

The United States has reviewed the Presentence Investigation Report (hereinafter PSR) and has determined, based upon information that is presently available, that the PSR is factually complete and accurate.

The United States agrees that the adjusted offense level is 37 as outlined in the PSR. (PSR, ¶ 59). The is also the adjusted offense level calculated and agreed upon by the parties in the Plea Agreement. (Plea Agreement pgs. 6-7). If the Court grants a 3 level reduction for timely acceptance of responsibility the total adjusted offense level would be 34. (PSR, ¶ 62). The United States also agrees

Notice of Review of PSR - 1
P71010jm.SLA.wpd

that the Criminal History Category is II, based upon the fact that the Defendant has two criminal history points.  (PSR, ¶ 69).

The United States also agrees that statutorily the period of imprisonment for transportation of child pornography  must be at least five years but may not exceed twenty years.  (PSR  ¶ 99).  The United States agrees that based on a total adjusted offense level of 33 and a criminal history category of II, the guideline range for imprisonment is 168 to 210 months.  (PSR  ¶ 100).  Pursuant to the Plea Agreement, and Fed. R. Crim. P. 11(c)(1)(C), the Defendant and the United States agreed in the Plea Agreement that the Defendant be sentenced to 20 years, to be followed by a life term of supervised release.   (Plea Agreement, pg. 8, ¶ 8).  In exchange for Defendant's plea of guilty, and agreed sentence, the United States agreed in the Plea Agreement to dismiss Counts 1 and 2 (each count charged the Defendant with production of child pornography involving two distinct minor victims and each count of production carried a penalty of not less than 15 years nor more than 30 years), Count 4 (which charged possession of child pornography) and Count 5 (forfeiture, since Defendant agreed to abandon the property sought to be forfeited). (Plea Agreement, pg. 6, lines 1-6).

The United States will not present any information on the Defendant's ability to pay a fine.  However, the United States and Defendant have agreed that Defendant will pay the $100 special penalty assessment at or before sentencing. (Plea Agreement, pg. 10, ¶ 11).

The United States presently does not intend to call any witnesses at the sentencing hearing.  The United States presently has no plans to introduce any exhibits at the sentencing hearing.

/

/

/

/

Notice of Review of PSR - 2
P71010jm.SLA.wpd

The United States wishes to reserve the right to respond to any statement of the Defendant in regards to the PSR.

DATED this 10th day of October, 2007.

James A. McDevitt
United States Attorney

s\ Stephanie J. Lister

Stephanie J. Lister
Assistant United States Attorney

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Bevan J. Maxey
1835 West Broadway
Spokane, WA 99201

Gloria M. Petretee
U.S. Probation Officer
920 West Riverside, Room 540
Spokane, WA 99210

s\ Stephanie J. Lister

Stephanie J. Lister
Assistant United States Attorney

P71010jm.SLA.wpd